# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:12 CR 195 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| TERRANCE A. TARVER, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a document entitled "Request for Counsel by the Court" filed by Defendant Terrance Tarver. **Doc #: 307-2 ("Motion")**. Tarver seeks counsel to assist him in preparing and filing a motion for compassionate release/sentence reduction based on 18 U.S.C. § 3582(c)(1)(A). Id.

On December 11, 2012, Tarver pled guilty to conspiracy to possess with the intent to distribute and to distribute cocaine, marijuana, and heroin in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A). On April 17, 2014, the Court sentenced Tarver to 151 months of custody followed by five years of supervised release. On May 21, 2020, Tarver submitted a request to the warden seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A). On June 15, 2020, Tarver filed the pending Motion seeking counsel to assist him in preparing and filing a motion for compassionate release under § 3582(c)(1)(A). On July 9, 2020, the Court issued a non-document order appointing a Federal Public Defender to assist Tarver in preparing and filing a motion for compassionate release under the First Step Act. Thus, the Motion has been **GRANTED**.

**IT IS SO ORDERED.**

                                                 /s/ Dan A. Polster     July 9, 2020
                                                 **Dan Aaron Polster**
                                                 **United States District Judge**